UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRI DACRUZ, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:09CV01074 AGF |
| MICHAEL ROBERT OLDANI, | ) |
| Defendant, | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that Virginia C. Watts's motion to intervene on behalf of K.M.L., her daughter and the minor child of the decedent in this action, is **GRANTED**.  [Doc. #23]

**IT IS FURTHER ORDERED** that Virginia C. Watts's motion to be appointed next friend of K.M.L. is **GRANTED**.  [Doc. #24]

**IT IS FURTHER ORDERED** that Plaintiff's motion to strike is **DENIED**. [Doc. #26]

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of April, 2010.